IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS E. MALVEZZI | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CASE NO. 2:14-cv-02169-STA-dkv |
| | ) | |
| HARTFORD CASUALTY | ) | JUDGE S. THOMAS ANDERSON |
| INSURANCE COMPANY, | ) | |
| | ) | MAGISTRATE JUDGE DIANE K. |
| | ) |    VESCOVO |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come the Plaintiff and Defendant, by and through their respective counsel of record, and announce to the Court that all matters in controversy by and between them have been resolved and settled.  Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant jointly stipulate the dismissal of all of the Plaintiff's claims against the Defendant with prejudice and on the merits.

Pursuant to the settlement, each party is responsible for its respective attorneys' fees, costs, and expenses.

SO STIPULATED AND AGREED this 2nd day of October, 2014.

By:  */s/Robert F. Uhlmann w/permission*
     **Robert F. Uhlmann**
     BPRN 4440
     5050 Poplar Avenue, Suite 1134
     Memphis, Tennessee 38157
     (901) 525-2426
     rob@cuadw.com
     Attorney for Plaintiff

By:   */s/ Christen C. Blackburn*
      **Christen C. Blackburn**
      BPRN 27104
      414 Union Street, Suite 1900
      Nashville, Tennessee 37219
      (615) 255-7722
      christen.blackburn@leitnerfirm.com
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by electronic notification through the Court's CM/ECF System and/or U.S. Mail, postage prepaid to:

      Robert F. Uhlmann
      BPRN 4440
      5050 Poplar Avenue, Suite 1134
      Memphis, TN 38157
      (901) 525-2426
      rob@cuadw.com

This the  2nd   day of October, 2014.

      */s/ Christen Blackburn*
      **Christen Blackburn**