IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **LOUIS E. MALVEZZI** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-02169-STA-dkv |
| | ) | |
| **HARTFORD CASUALTY INSURANCE COMPANY,** | ) ) | **JUDGE S. THOMAS ANDERSON** |
| | ) | **MAGISTRATE JUDGE DIANE K. VESCOVO** |
| | ) | |
| **Defendant.** | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed March 7, 2014, the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulations of Dismissal with Prejudice (ECF No.14 (filed October 2, 2014); and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE. Plaintiff and Defendants each bear responsibility for their own discretionary expenses, and court costs.

DATED: October 9, 2014            s/Diane K. Vescovo
                                  **DIANE K. VESCOVO**
                                  **UNITED STATES MAGISTRATE JUDGE**

APPROVED:

By:     <u>*/s/Robert F. Uhlmann w/permission*</u>
        **Robert F. Uhlmann**
        BPRN 4440
        5050 Poplar Avenue, Suite 1134
        Memphis, Tennessee 38157
        (901) 525-2426
        rob@cuadw.com
        Attorney for Plaintiff

By:     <u>*/s/ Christen C. Blackburn*</u>
        **Christen C. Blackburn**
        BPRN 27104
        414 Union Street, Suite 1900
        Nashville, Tennessee 37219
        (615) 255-7722
        christen.blackburn@leitnerfirm.com
        Attorneys for Defendant