```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

**LOUIS E. MALVEZZI,**                             **JUDGMENT IN CIVIL CASE**
**Plaintiff,**

V.                                                 CASE No.2:14cv2169 dkv

**HARTFORD CASUALTY INSURANCE**
**COMPANY**

**Defendant**

_____


    **DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS SO ORDERED AND ADJOURNED** in accordance with the Order of Dismissal with Prejudice, entered on October 9, 2014, this cause is dismissed with prejudice. Plaintiff and Defendants each bear responsibility for their own discretionary expenses, and court costs.


**APPROVED:**

s/Diane K. Vescovo
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**


                                                   s/Thomas M. Gould
Date: October 9, 2014                              **Clerk of Court**


                                                   s/Chris Sowell
                                                   **(By)Deputy Clerk**